**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 16-00278 SJO (Ex)      **DATE:** June 15, 2016

**TITLE:** Carlos Guzman v. Potential Industries, Inc.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz      Not Present
Courtroom Clerk      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present      Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Carlos Guzman. [ECF #18] on 06/15/2016. Dismissal is with prejudice. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.